# Court of Appeals
# of the State of Georgia

ATLANTA, February 02, 2017

*The Court of Appeals hereby passes the following order*

**A17I0127. HALL COUNTY, GEORGIA v. DARLENE BALES.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015SV134



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, February 02, 2017.*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*